STATE OF CONNECTICUT *v.* TEDDY SALMOND

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 81 (AC 20477), is denied.

*Sandra H. Crowell,* deputy assistant public defender, in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided May 29, 2002

STATE OF CONNECTICUT *v.* JERMANO C. FLOWERS

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 57 (AC 20578/AC 20579), is denied.

*David V. DeRosa,* special public defender, in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided May 29, 2002

STATE OF CONNECTICUT *v.* WILLIAM BILLINGTON

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 902 (AC 21194), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Thomas M. DeLillo,* special deputy assistant state's attorney, in opposition.

Decided May 29, 2002